AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

NORTHERN District of CALIFORNIA

| | |
|---|---|
| RICHARD ROBERTS and AKEEM PINA, on behalf of themselves, the general public, and those similarly situated, <br><br> *Plaintiff(s)* <br> v. <br><br><br> AVOCADO MATTRESS L.L.C. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  3:23-cv-2072-AGT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
> AVOCADO MATTRESS L.L.C.
> c/o Sebastian M. Medvei, Esq.
> MEDVEI LAW GROUP, APC
> 655 N Central Ave, Suite 1700
> Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Seth Safier (SBN197427), Gutride Safier LLP, 100 Pine St., #1250,
San Francisco, CA 94111, 415-336-6545; seth@gutridesafier.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: ___May 1, 2023_____

*Cynthia G. Lenahan*

_____
*Signature of Clerk or Deputy Clerk*