# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROBERTS and AKEEM PINA, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AVOCADO MATTRESS L.L.C.,<br><br>Defendant. | Case No.: 3:23-cv-02072-AMO<br><br>[PROPOSED] **MODIFIED** ORDER TO STIPULATION:<br><br>**1. EXTENDING TIME TO RESPOND TO COMPLAINT; AND**<br><br>**2. SETTING BRIEFING SCHEDULE ON ANTICIPATED MOTION TO DISMISS**<br><br>*[Stipulation and Declaration of Keri E. Borders filed concurrently herewith]* |

1                                       **[PROPOSED] MODIFIED ORDER**

2      **PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

3         1.    Avocado will have until August 7, 2023 to answer or otherwise respond to Plaintiffs' complaint; and

5         2.    If Avocado files a motion to dismiss in response to the complaint, Plaintiffs' opposition to that motion will be due on September 7, 2023; Avocado's reply in support of that motion will be due on September 28, 2023; and the hearing on defendant's motion to dismiss will be on ~~October 19, 2023~~.
      November 7, 2023 at 2:00 PM.

11  Dated:   July 6, 2023

                                                                Honorable Araceli Martinez-Olguin
                                                                United States District Judge