**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROBERTS and AKEEM PINA, individual, on behalf of themselves, the general public, and those similarly situated,<br><br>                              Plaintiffs,<br><br>         v.<br><br>AVOCADO MATTRESS L.L.C.,<br><br>                              Defendant. | Case No. 3:23-cv-02072-AMO<br><br>**STIPULATION OF DISMISSAL** |

L

The parties, Plaintiffs RICHARD ROBERTS and AKEEM PINA (collectively, "Plaintiffs") and Defendant AVOCADO MATTRESS L.L.C. ("Defendant"), submit this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiffs and Defendant (collectively the "Parties") stipulate that all of Plaintiffs' individual claims brought in this litigation are fully resolved and hereby dismissed with prejudice. The Parties further stipulate that all putative class member claims are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:  August 10, 2023

**GUTRIDE SAFIER LLP**

 /s/Seth Safier/s/
Seth A. Safier, Esq.
100 Pine Street, Suite 1250
San Francisco, California 94111

Attorneys for Plaintiffs

Dated: August 10, 2023

**KING & SPALDING LLP**

/s/ Keri E. Borders/s/
_____
Keri E. Borders, Esq.
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071

Attorneys for Defendant